FILED
CLERK, U.S. DISTRICT COURT
OCT 29 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___AF___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO CARRILLO SILVA,<br><br>Defendant. | Case No. 24-MJ-6590<br><br>ORDER OF DETENTION |

I.

On October 29, 2024, Defendant Roberto Carrillo Silva made his initial appearance in this district on the criminal complaint filed in the Eastern District of New York. Richard Raynor, a member of the indigent defense panel, was appointed to represent Defendant. The government was represented by Assistant United States Attorney William Larsen. A detention hearing was held.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also

considered the information presented at the hearing, the arguments of counsel, and the report and recommendation prepared by U.S. Probation and Pretrial Services.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ Defendant has family ties to Mexico – his parents currently live there and Defendant has traveled to Mexico.

As to danger to the community:

☒ Allegations in the criminal complaint involve a conspiracy with others to commit larceny from federally insured banks by damage, and unauthorized access, to ATM machines to commit transaction reversal fraud and obtain funds.

☒ At the time of arrest, Defendant was in possession of firearms that were not registered to him, including a semi automatic rifle, shotgun, and other rifle that were reported stolen, a rifle registered to another person, and a handgun.

☒ Criminal History includes misdemeanor convictions, including for firearms related offenses, and Defendant was on summary probation for a reckless driving conviction at the time the alleged offenses were committed.

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial and transported to the United States District Court for the Eastern District of New York for further proceedings.

<u>The Court directed both government counsel and defendant's counsel to follow up with government counsel in the charging district regarding Defendant's transportation to, and arrival in, the charging district for his next appearance.</u>

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: October 29, 2024

/s/
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

3